**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-00419-WJM-KLM

DAVID KATT, on behalf of himself and
all others similarly situated,

Plaintiffs,

vs.

SASQUATCH CASINO, LLC,

Defendant

---

## ANSWER AND DEFENSES

---

   Defendant Sasquatch Casino, LLC ("Defendant") responds to plaintiff David Katt's ("Plaintiff") Complaint, filed February 19, 2020 (Doc. 1) ("Complaint"), as follows:

### ANSWER

   1.  Defendant admits that Plaintiff asserts the claims set forth in the Complaint, and denies any remaining allegations of Paragraph 1 of the Complaint.

   2.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2 of the Complaint, and therefore denies those allegations.

   3.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3 of the Complaint, and therefore denies those allegations.

   4.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4 of the Complaint, and therefore denies those allegations.

   5.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5 of the Complaint, and therefore denies those allegations.

6.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6 of the Complaint, and therefore denies those allegations.

7.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 of the Complaint, and therefore denies those allegations.

8.      Defendant denies the factual allegations of Paragraph 8 of the Complaint. Subparagraphs 8.a through 8.f describe the relief sought by Plaintiff and do not require an admission or denial.

9.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 of the Complaint, and therefore denies those allegations.

## JURISDICTION AND VENUE

10.     Defendant admits that the Court has subject-matter jurisdiction over this case.

11.     Defendant admits that venue is proper in the District of Colorado.

12.     Defendant admits that it is subject to personal jurisdiction in the District of Colorado. Defendant denies all other allegations of Paragraph 12 of the Complaint.

13.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 13 of the Complaint, and therefore denies those allegations.

14.     Defendant admits that it advertises through its website and that it conducts business with Colorado residents at its physical location. Defendant denies the remaining allegations of Paragraph 14 of the Complaint.

15.     Defendant does not contest the Court's authority under 28 U.S.C. Sections 2201 and 2202.

## PARTIES

16.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16 of the Complaint, and therefore denies those allegations.

17.     Defendant admits the allegations of Paragraph 17 of the Complaint.

18.     Paragraph 18 states a legal conclusion that does not require an admission or denial. To the extent that Paragraph 18 contains any factual allegations, Defendant denies those allegations.

## NATURE OF ACTION

19.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19 of the Complaint, and therefore denies those allegations.

20.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 20 of the Complaint, and therefore denies those allegations.

21.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21 of the Complaint, and therefore denies those allegations.

22.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 22 of the Complaint, and therefore denies those allegations.

23.     Defendant admits the allegations of the first two sentences of Paragraph 23 of the Complaint. Defendant denies the remaining allegations of Paragraph 23 of the Complaint.

## STATEMENT OF FACTS

24.     Defendant admits that it operates a physical location and a website, and denies the remaining allegations of Paragraph 24 of the Complaint.

25.     Defendant admits the allegations of Paragraph 25 of the Complaint.

26.     Defendant admits that it operates a physical location and a website, and denies the remaining allegations of Paragraph 26 of the Complaint.

27.     Defendant denies the allegations of Paragraph 27 of the Complaint.

28.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 28 of the Complaint, and therefore denies those allegations.

29.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 29 of the Complaint, and therefore denies those allegations.

30.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 30 of the Complaint, and therefore denies those allegations.

31.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 31 of the Complaint, and therefore denies those allegations.

32.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 32 of the Complaint, and therefore denies those allegations.

33.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 33 of the Complaint, and therefore denies those allegations.

34.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 34 of the Complaint regarding Plaintiff's intent, and therefore denies those allegations. Defendant denies all other allegations of Paragraph 34 of the Complaint.

35.     Defendant denies the allegations of the first sentence of Paragraph 35 of the Complaint. Defendant lacks knowledge or information sufficient to form a belief as to the truth

of the allegations of the second sentence of Paragraph 35 of the Complaint, and therefore denies those allegations.

36.    Defendant denies the allegations of Paragraph 36 of the Complaint.

37.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 37 of the Complaint, and therefore denies those allegations.

38.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 38 of the Complaint, and therefore denies those allegations.

39.    Defendant denies the allegations of Paragraph 39 of the Complaint.

40.    The first sentence of Paragraph 40 states a legal conclusion that does not require an admission or denial. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 40 of the Complaint, and therefore denies those allegations.

41.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 41 of the Complaint, and therefore denies those allegations.

42.    Defendant denies the allegations of Paragraph 42 of the Complaint.

43.    Defendant denies the allegations of Paragraph 43 of the Complaint.

44.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 44 of the Complaint, and therefore denies those allegations.

45.    The ADA is a statute of the United States that speaks for itself and requires no admission or denial. Defendant denies any remaining allegations of Paragraph 45 of the Complaint.

46.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 46 of the Complaint, and therefore denies those allegations.

47.     Paragraph 47 states a legal conclusion that does not require an admission or denial.

48.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 48 of the Complaint, and therefore denies those allegations.

49.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 49 of the Complaint, and therefore denies those allegations.

50.     Defendant denies the allegations of Paragraph 50 of the Complaint.

## CLASS ACTION ALLEGATIONS

51.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 51 of the Complaint, and therefore denies those allegations.

52.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 52 of the Complaint, and therefore denies those allegations.

53.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 53 of the Complaint, and therefore denies those allegations.

54.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 54 of the Complaint, and therefore denies those allegations.

55.     Paragraph 55 states a legal conclusion that does not require an admission or denial.

56.     Paragraph 56 states a legal conclusion that does not require an admission or denial.

57.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 57 of the Complaint, and therefore denies those allegations.

**FIRST CAUSE OF ACTION**
**VIOLATIONS OF THE ADA, 42 U.S.C. § 12181 *et seq.***

58.    In response to the allegations of Paragraph 58 of the Complaint, Defendant incorporates its responses to the allegations in Paragraphs 1 through 57 of the Complaint.

59.    The ADA is a statute of the United States that speaks for itself and requires no admission or denial. Defendant denies any remaining allegations of Paragraph 59 of the Complaint.

60.    Defendant admits the allegations of the first sentence of Paragraph 60 of the Complaint. Defendant denies the allegations of the second sentence of Paragraph 60 of the Complaint.

61.    Paragraph 61 states legal conclusions that do not require an admission or denial. To the extent that a response is required, Defendant denies the allegations of Paragraph 61 of the Complaint.

62.    Paragraph 62 states legal conclusions that do not require an admission or denial. To the extent that a response is required, Defendant denies the allegations of Paragraph 62 of the Complaint.

63.    The ADA is a statute of the United States that speaks for itself and requires no admission or denial. To the extent that a response is required, Defendant denies the allegations of Paragraph 63 of the Complaint.

64.     Defendant denies any violation of the ADA. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 64 of the Complaint, and therefore denies those allegations.

65.     Paragraph 65 does not state any factual allegations that require an admission or denial. To the extent that a response is required, Defendant denies the allegations of Paragraph 65 of the Complaint.

## SECOND CAUSE OF ACTION
## DECLARATORY RELIEF

66.     In response to Paragraph 66 of the Complaint, Defendant incorporates its responses to the allegations in Paragraphs 1 through 65 of the Complaint.

67.     Defendant denies that there is an actual controversy between the parties, and denies all other allegations of Paragraph 67 of the Complaint.

68.     Defendant denies the allegations of Paragraph 68 of the Complaint.

69.     Defendant denies all factual allegations set forth in the "Prayer for Relief", Paragraphs 69 through 74 of the Complaint.

70.     Defendant denies all factual allegations set forth in the Complaint not expressly admitted in the Answer.

## DEFENSES

Defendant asserts the following defenses to Plaintiff's Complaint:

1.     Plaintiff's Complaint fails to state a claim upon which relief may be granted.

2.     Plaintiff's complaint fails to establish the necessary elements for a class action.

3.     Defendant reserves the right to assert additional defenses.

WHEREFORE, Defendant respectfully requests that the Court dismiss Plaintiff's Complaint with prejudice, award Defendant its litigation costs and attorney fees as permitted by law, and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 27th day of August, 2020.

HOSKIN FARINA & KAMPF
Professional Corporation


By      s/ *John T. Howe*
    John T. Howe, Reg. #18845
    David M. Dodero, Reg. #24537
    Attorneys for Sasquatch Casino, LLC
    200 Grand Avenue, Suite 400
    Post Office Box 40
    Grand Junction, Colorado  81502-0040
    Telephone No.: (970) 986-3400
    Fax No.: (970) 986-3401
    E-mail Address: jhowe@hfak.com
                 ddodero@hfak.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 27th day of August, 2020, a copy of the foregoing **ANSWER AND DEFENSES** was served, as follows:

| | |
|---|---|
| Ari H. Marcus | _____ Via Federal Express |
| Marcus & Zelman, LLC | _____ Via U.S. Mail |
| 701 Cookman Avenue, Suite 300 | _____Via E-mail |
| Asbury Park, New Jersey 07712 | _____ Via Facsimile |
| E-mail:  ari@marcuszelman.com | __X__ Via CM/ECF |

*s/ Angela Classen*

_____
HOSKIN, FARINA & KAMPF, P.C.
200 Grand Avenue, Suite 400
Grand Junction, Colorado 81502-0040
Telephone:  (970) 986-3400
Facsimile:  (970) 986-3401
E-mail:  aclassen@hfak.com