## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-00419-WJM-KLM

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

SASQUATCH CASINO, LLC,

Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)

---

The parties, by and through their respective attorneys, Ari Hillel Marcus on behalf of Plaintiff David Katt; and David Michael Dodero and John Taylor Howe on behalf of Defendant Sasquatch Casino, LLC, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal with prejudice, with each party to bear its own costs and attorneys' fees. By the filing of this Stipulation the above-captioned civil action is deemed resolved and the case shall be closed.

Respectfully submitted this 10th day of November 2020.

/s/ Ari Hillel Marcus
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
Telephone: 732-695-3282
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF
DAVID KATT


/s/ David Michael Dodero
David Michael Dodero
/s/ John Taylor Howe
John Taylor Howe
Hoskin Farina & Kampf, PC
200 Grand Avenue
Suite 400
Grand Junction, CO 81502
Telephone: 970-986-3400
ddodero@hfak.com
jhowe@hfak.com
ATTORNEYS FOR DEFENDANT
SASQUATCH CASINO, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of November 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

David Michael Dodero
ddodero@hfak.com

John Taylor Howe
jhowe@hfak.coml

/s/ *Ari H. Marcus*